UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KATHLEEN RUSSELL,

        Plaintiff,

v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

        Defendant.

Case No. C17-1152-RSM

**ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS**

Kathleen Russell seeks to proceed *in forma pauperis* with an action for judicial review of the administrative decision denying her application for Social Security benefits. Dkt. 1. For the reasons discussed below, Ms. Russell's motion to proceed *in forma pauperis* (Dkt. 1) is **DENIED**.

The district court may permit indigent litigants to proceed *in forma pauperis* upon completion of a proper affidavit of indigence. *See* 28 U.S.C. § 1915(a). "To qualify for in forma pauperis status, a civil litigant must demonstrate both that the litigant is unable to pay court fees and that the claims he or she seeks to pursue are not frivolous." *Ogunsalu v. Nair*, 117 Fed.Appx. 522, 523 (9th Cir. 2004). To meet the first prong of this test, a litigant must show that he or she "cannot because of his poverty pay or give security for the costs and still be able to provide himself and dependents with the necessities of life." *Adkins v. E.I. DuPont de Nemours*

*& Co.*, 335 U.S. 331, 339, 69 S.Ct. 85, 93 L.Ed. 43 (1948).

Ms. Russell has not shown she is unable to pay the full filing fee to proceed with this lawsuit. Ms. Russell states in her affidavit that she has $40.00 cash on hand, $1,611.79 in a checking account and $7,688.76 in a savings account. Dkt. 1. She indicates that monthly she has $40.00 of "self-employment expenses like art supplies, packaging and shipping costs" but that she lives with her parents and that "they cover most other expenses." *Id.* She also indicates that in the past twelve months she has received $1,199.00 from "business, profession or other self-employment." *Id.* Ms. Russell states she is not married and that there are no persons dependent upon her for support. *Id.* Ms. Russell has more than enough in savings to pay the full filing fee. Furthermore, she reports a small source of income and very minimal expenses which go toward funding her self-employment. Under the circumstances, the Court finds Ms. Russell has failed to demonstrate that she "cannot because of [her] poverty pay or give security for the costs and still be able to provide [herself] and dependents with the necessities of life." *Adkins*, 335 U.S. at 339.

The application to proceed *in forma pauperis* is **DENIED.** Ms. Russell has thirty days from the date of this order to pay the full $400.00 filing fee. If the filing fee is not received within thirty days, the clerk's office is instructed to dismiss this action **WITHOUT PREJUDICE.**

DATED this 15 day of August 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE