IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| KATHLEEN RUSSELL, | Civil No. 2:17-CV-1152-RSM |
|---|---|
| Plaintiff, | |
| v. | ORDER FOR ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(D) |
| Commissioner of Social Security Administration, | |
| Defendant. | |

Based upon the Stipulation of the parties, it is hereby ordered that attorney fees in the amount of $3,451.01 shall be awarded to Plaintiff pursuant to 28 U.S.C. § 2412(d) (EAJA). Plaintiff shall be awarded costs in the amount of $400.00 pursuant to 31 U.S.C. § 1304 and 28 U.S.C. § 1920.

If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, *see Astrue v. Ratliff*, 130 S.Ct. 2521 (2010), then the check for EAJA fees shall be made payable to Dellert Baird Law Offices, PLLC, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney. The checks for EAJA fees and costs shall be mailed to Plaintiff's counsel at Dellert Baird Law Offices, PLLC, 2805 Bridgeport Way W, #23, University Place, WA 98466.

Dated this 21 day of August 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

Christopher H. Dellert, WSB# 42453
Dellert Baird Law Offices, PLLC
2805 Bridgeport Way W, #23
University Place, WA 98466
Telephone: (360) 329-6968
FAX: (360) 824-9371
Dellert.Law.Office@gmail.com
Attorney for Plaintiff