IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| KATHLEEN RUSSELL,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY BERRYHILL,<br>o/b/o Social Security Administration,<br><br>    Defendant. | Civil No. 2:17-CV-1152-RSM<br><br><br><br>ORDER FOR ATTORNEY FEES<br>PURSUANT TO 42 U.S.C. § 406(b) |

After considering Plaintiff's motion and supporting documents, it is hereby ORDERED that the Commissioner is directed to pay attorney's fees in the amount of $8,798.99 to Dellert Baird Law Offices, PLLC, pursuant to 42 U.S.C. § 406(b) from the back benefits being withheld for this purpose. This amount contemplates the previously awarded EAJA fee, so no offset shall be applied.

Dated this 14th day of August, 2020.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Page 1     ORDER [2:17-CV-1152-RSM]

Presented by:

Christopher H. Dellert
Dellert Baird Law Offices, PLLC
2805 Bridgeport Way W, #23
University Place, WA 98466
Telephone: (360) 329-6968

FAX: (360) 824-9371
Dellert.Law.Office@gmail.com

Attorney for Plaintiff